**Order entered February 21, 2013**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01394-CV

**ENRIQUE N. PONTE, JR., M.D. AND PEDIATRIX MEDICAL SERVICES, INC., Appellants**

**V.**

**MARCELA AND JOSE BUSTAMANTE, AS NEXT FRIENDS OF DANIELLA BUSTAMANTE, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-08056-E**

## ORDER

The reporter's record is overdue in this appeal. The clerk's record contains appellants' request for preparation of the record, and appellants' docketing statement reflects that payment arrangements have been made with the court reporter for the record. Accordingly, we **ORDER** David Langford, official court reporter of the 101st Judicial District Court, to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to David Langford, official court reporter, 101st Judicial District Court, and to counsel for all parties.

/s/     DAVID LEWIS
         JUSTICE